No. 81–525. BOWEN *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 4th Cir. [Certiorari granted, 454 U. S. 1097.] Motion of the Solicitor General for divided argument granted. Request for additional time for oral argument denied.

No. 81–876. ST. LUKE'S FEDERATION OF NURSES & HEALTH PROFESSIONALS *v.* PRESBYTERIAN/ST. LUKE'S MEDICAL CENTER; BETH ISRAEL FEDERATION OF NURSES & HEALTH PROFESSIONALS *v.* BETH ISRAEL HOSPITAL AND GERIATRIC CENTER; and ST. ANTHONY FEDERATION OF NURSES & HEALTH PROFESSIONALS *v.* ST. ANTHONY HOSPITAL SYSTEMS. C. A. 10th Cir. Motion of petitioners to defer consideration of the petition for writ of certiorari granted.

No. 81–912. CLICK ET AL. *v.* IDAHO EX REL. EVANS, GOVERNOR OF IDAHO, ET AL. Sup. Ct. Idaho;

No. 81–1020. EXXON CORP. ET AL. *v.* EAGERTON, COMMISSIONER OF REVENUE OF ALABAMA, ET AL. Sup. Ct. Ala.; and

No. 81–1268. EXCHANGE OIL & GAS CORP. ET AL. *v.* EAGERTON, COMMISSIONER OF REVENUE OF ALABAMA. Sup. Ct. Ala. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 81–930. UNITED STATES *v.* BLISS DAIRY, INC. C. A. 9th Cir. [Certiorari granted, *ante,* p. 906.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 81–6020. IN RE MA. Petition for writ of mandamus denied.

No. 81–773. NORTH DAKOTA *v.* UNITED STATES. Appeal from C. A. 8th Cir. Probable jurisdiction noted.

No. 81–802. CITY OF LOCKHART *v.* UNITED STATES ET AL. Appeal from D. C. D. C. Probable jurisdiction noted.